PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

Name of Offender: Richard LoveCr.: 97-474-008
PACTS #: 17777

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, United States District Judge

Date of Original Sentence: 10/02/98

Original Offense: Possession with Intent to Distribute Cocaine

Original Sentence: 108 months prison, five (5) years supervised release

Type of Supervision: Supervised releaseDate Supervision Commenced: 05/01/02

8/30/04: Violation of Supervised Release: 14 months prison, supervised release for a term of 2 years.

Date Supervision Commenced: 4/10/08

Assistant U.S. Attorney: Joseph Minish, 970 Broad Street, Newark, New Jersey 07102, 973/645-2700

Defense Attorney: Donald McCauley, AFPD, 970 Broad Street, Newark, New Jersey 07102, 973/645-6347

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On April 30, 2009, Love was arrested by the Drug Enforcement Administration and charged with Distribution and Possession with Intent to Distribute Heroin for an offense which occurred in February 2009. |
| 2. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' Love did not report to the probation officer on March 23, March 27, April 6, and April 20, 2009 as directed. Love did not submit a written supervision report for March 2009 on or before April 6, 2009 or on any date thereafter. |

PROB 12A - Page 2
Richard Love

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas Stone*

By: Thomas Stone
Senior U.S. Probation Officer

Date: May 6, 2009

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2 JUNE 2009
Date